```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/22/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINDEN PICTURES, INC.,

                Plaintiff,

-against-

CONTENT IQ LLC,

                Defendant.

21 Civ. 6246 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 28, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan and scheduling order by September 20, 2021. ECF No. 7 ¶¶ 1, 4-5. Those submission are now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **September 24, 2021**.

    SO ORDERED.

Dated: September 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge