**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| MINDEN PICTURES, INC., | : |
| Plaintiff, | : 21-CV-6246 (AT) (OTW) |
| -against- | : **SCHEDULING ORDER** |
| CONTENT IQ LLC, | : |
| Defendants. | : |

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's September 30, 2021 letter. (ECF 16). The parties are directed to meet and confer and provide the Court three possible dates in December for the Court to reschedule the November 4, 2021 pre-settlement conference.

The Clerk of Court is directed to close ECF 16.

**SO ORDERED.**

Dated: October 1, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge