**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MINDEN PICTURES, INC.,

                Plaintiff,

                -against-

CONTENT IQ LLC,

                Defendants.

------------------------------------------------------------x

21-CV-6246 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The pre-settlement conference scheduling call on January 20, 2022 at 12:00 p.m. is rescheduled to **January 20, 2022 at 3:30 p.m.** The dial-in information remains the same.

Defendant counsel is directed to file a notice of appearance on the docket by January 19, 2022.

**SO ORDERED.**

Dated: January 5, 2022
       New York, New York

                *s/ Ona T. Wang*
                **Ona T. Wang**
                United States Magistrate Judge