USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/15/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINDEN PICTURES, INC.,

                  Plaintiff,

-against-

CONTENT IQ LLC,

                  Defendant.

21 Civ. 6246 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for April 21, 2022, is ADJOURNED *sine die*.

SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge