**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MINDEN PICTURES, INC.,

                     Plaintiff,             21-CV-6246 (AT) (OTW)

        -against-                      **ORDER**

CONTENT IQ LLC,

                    Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Tuesday, June 07, 2022 at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: April 26, 2022                                      **Ona T. Wang**
      New York, New York                         United States Magistrate Judge